NO. 07-03-0427-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



DECEMBER 3, 2003



______________________________




MARTIN ALCOZER, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 64TH DISTRICT COURT OF HALE COUNTY;



NO. A15084-0308; HONORABLE ROBERT W. KINKAID, JR., JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Appellant, Martin Alcozer, was convicted of the offense of Escape in the 64th
District Court of Hale County, and thereafter gave notice of appeal.

 The clerk of this court received, and on November 26, 2003, filed a motion to
dismiss which represents that appellant desires to withdraw the notice of appeal. The
motion to dismiss is signed by appellant and counsel of record for appellant. No decision
of this Court having been rendered prior to the receipt of appellant's motion, the motion
to dismiss is hereby granted. Tex. R. App. P. 42.2(a).

 Accordingly, the appeal is dismissed. Having dismissed the appeal at the personal
request of appellant and his attorney, no motion for rehearing will be entertained and our
mandate will issue forthwith.

 Phil Johnson

 Chief Justice



Do not publish.



courts have no authority to issue writs of
prohibition to protect unappealed judgments. See Holloway v. Fifth Court of Appeals, 767
S.W.2d 680, 683 (Tex. 1989). Accordingly, the petitions for writ of mandamus and writ of
prohibition are denied.

 Per Curiam